# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL JOSEPH BLOOR, | 3:15-cv-00610-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 22, 2020 |
| E.K. MCDANIEL, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KAREN WALKER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Pursuant to mail returned as undeliverable (ECF No. 45), the Clerk shall mail to Plaintiff copies of the following docket entries:

ECF No. 18    First Amended Complaint
ECF No. 39    Order

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: ___/s/___
    Deputy Clerk